UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JACQUELINE WARREN,**

    **Plaintiff,**

v.                                                       **Case No. 8:21-cv-66-AAS**

**KILOLO KIJAKAZI,**
**Commissioner,**
**Social Security Administration,**[1]

    **Defendant.**
_____/

## **ORDER**

Jacqueline Warren moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 23). The Commissioner does not oppose the motion. (*Id.* at 2).

Ms. Warren requests $5,595.62 in attorney's fees. (*Id.* at 7). The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. An August 19, 2022 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 21). The Clerk entered judgment in Ms. Warren's favor. (Doc. 22).

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Under Rule 25(d) of the Federal Rules of Civil Procedure, Acting Commissioner Kilolo Kijakazi should be substituted for Commissioner Andrew M. Saul as the defendant. No further action needs to be taken to continue this matter because of the last sentence of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

1

The Commissioner does not contest the following: Ms. Warren is the prevailing party; Ms. Warren's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially justified; and Ms. Warren's attorney's fees request are reasonable. (Doc. 23, pp. 3–7). A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Warren is entitled to $5,595.62 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Smith owes a debt to the United States. Ms. Warren assigned her rights to EAJA fees to her attorney. (Doc. 22, Ex. 1). So, if Ms. Warren has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Ms. Warren motion for attorney's fees under the EAJA (Doc. 23) be **GRANTED**. Ms. Warren is awarded **$5,595.62** in attorney's fees.

**ORDERED** in Tampa, Florida on October 26, 2022.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge